No. 177.   LEDBETTER, ADMINISTRATOR, ET AL. *v.* FARMERS BANK & TRUST CO. ET AL.   May 21, 1945.   The motion for leave to file motion to vacate order denying certiorari, 323 U. S. 719, is granted.   The motion to vacate the order is denied.

No. 823.   HOTEL ASTOR, INC. ET AL. *v.* UNITED STATES ET AL.   May 28, 1945.   *Per Curiam:* The judgment is affirmed.   *Ambassador, Inc.* v. *United States, ante,* p. 317.   *Messrs. George deF. Lord, Leonard G. Bisco, Frederick L. Wheeler* and *Parker McCollester* for appellants.   *Messrs. John B. King* and *Ralph W. Brown* for the New York Telephone Co., appellee.

No. 866.   TWISP MINING & SMELTING CO. *v.* CHELAN MINING CO. ET AL.   May 28, 1945.   *Per Curiam:* The appeal is dismissed for want of jurisdiction.   § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a).   The petition for writ of certiorari is denied.   *Mr. Lucius G. Nash* for appellant-petitioner.

No. 1229.   ALABAMA HIGHWAY EXPRESS, INC. *v.* UNITED STATES ET AL.   May 28, 1945.   *Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   (1) *United States* v. *Carolina Freight Carriers Corp.,* 315 U. S. 475, 480–82; *Howard Hall Co.* v. *United States,* 315 U. S. 495, 498–9; (2) *United States* v. *Pan American Corp.,* 304 U. S. 156, 158.   *Mr. Leo P. Kitchen* for appellant.   *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for appellees.